30972.   COLBERT *v.* THE STATE.

BROYLES, C. J. The defendant was convicted of the offense of making whisky. The verdict was authorized by the evidence, and the court did not err in overruling the motion for new trial containing the general grounds only.

*Judgment affirmed. MacIntyre and Gardner, JJ., concur.*

DECIDED SEPTEMBER 19, 1945.

*W. J. Wallace,* for plaintiff in error.
*Charles H. Garrett, solicitor-general,* contra.